UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. MORANI,<br>Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, d/b/a & a/k/a AMTRAK<br>Defendant | CIVIL ACTION NO.:<br>04 11729 DPW |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The Plaintiff, Robert J. Morani ("Plaintiff") moves hereby for an Order admitting Paul J. Riley and Samuel J. Rosenthal to the bar of this honorable Court for the sole purpose of serving as counsel in the preparation and trial of this matter.

In support of its motion, the Plaintiff states that Mr. Riley and Mr. Rosenthal are attorneys in the law firm of Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia, Pennsylvania and are members in good standing in the state and federal bars of Pennsylvania. (See Affidavits of Mr. Riley and Mr. Rosenthal attached as Exhibit A). At all times Mr. Riley and Mr. Rosenthal will be associated with and accompanied by Ronald M. Davids, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

The Plaintiff states that he has chosen Mr. Riley and Mr. Rosenthal to represent him in this case, along with Ronald M. Davids, because of their expertise in this field and because of the attorney-client relationship with Barish Law Offices, P.C..

WHEREFORE, the Plaintiff requests that Paul J. Riley and Samuel J. Rosenthal be admitted *Pro Hac Vice* to the bar of this Court for the pretrial and trial of this matter.

August 3, 2004

Respectfully submitted,

ROBERT J. MORANI,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

Dated: 8/3/04

2