UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. MORANI, )
    Plaintiff )
)
v. ) CIVIL ACTION NO.:
)
)
NATIONAL RAILROAD PASSENGER )
CORPORATION, d/b/a & a/k/a AMTRAK )
    Defendant )
)

## AFFIDAVIT OF SAMUEL J. ROSENTHAL

Samuel J. Rosenthal, being first duly sworn upon his oath, deposes and states as follows:

1. I am an associate at Barish Law Offices, P.C., Three Parkway, Suite 1320, 1601 Cherry Street, Philadelphia, Pennsylvania.

2. I have been admitted to practice law in the following jurisdictions and courts:
   a. Pennsylvania State Court
   b. New Jersey State Court
   c. Federal District Court

3. I graduated from The University of Pennsylvania in 1987. Since that time, I have done litigation work and participated in jury and non-jury trials.

4. I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. I am familiar with the provisions of the Federal Rules of Civil Procedure, the Local Rules for the District of Massachusetts, the Federal Rules of Evidence, and all applicable ethical rules of conduct and professional responsibility. I intend to faithfully adhere to these rules and responsibilities.

_____
Samuel J. Rosenthal


COMMONWEALTH OF PENNSYLVANIA
COUNTY OF

Then personally appeared before me the above-named Samuel J. Rosenthal and acknowledged the foregoing to be his free act and deed this ____ day of July, 2004.


_____
NOTARY PUBLIC
My Commission Expires: