UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. MORANI,                )
    Plaintiff                       )
                                 )
v.                               )
                                 )   C.A. No. 04-11729DPW
NATIONAL RAILROAD                )
PASSENGER CORPORATION,           )
    Defendant                       )


DEFENDANT NATIONAL RAILROAD PASSENGER COPRORATION ("Amtrak")
INITIAL DISCLOSURE
PURSUANT TO LOCAL RULES 26.2(A) AND 26.1(B) AND THE COURT'S ORDER

I.     RULE 26.2(A) AUTOMOATIC DOCUMENT DISCLOSURE

    1.     ANY CONTRACT BETWEEN THE PARTIES THAT CONCERNS DISPUTE:

        None.

    2.     INSURANCE AGREEMENT:

        Not applicable; Defendant Amtrak is self-insured in regards to plaintiff's claim.

    3.     REPORTS OF EXPERTS:

        None presently within the custody, possession and control of the defendants.

    4.     REPORTS OF INVESTIGATOR:

        The following documents attached will be forwarded to counsel for the plaintiff:

        a.     Plaintiff's Personnel File;
        b.     Plaintiff's Amtrak Medical File;
        c.     Plaintiff's Amtrak Discipline File;
        d.     Plaintiff's Amtrak Claims File;
        e.     Plaintiff's Amtrak Earning History; and
        f.     Amtrak's paperwork concerning plaintiff's leave of absence and disability retirement.

    5.     ANY OTHER DOCUMENTS:

        None others currently identified.

II.  RULE 26.1(B)(2) DISCLOSDURE BY SWORN STATEMENT

The defendants swear and affirm that they have properly identified the following persons and documents.

    a.  ALL PERSONS PRESENTLY KNOWN TO BE WITNESSES:

The following individuals are presently known to be witnesses to the underlying incident;

        i.  Keeper of Records Amtrak.

Defendant Amtrak reserves the right to seasonably supplement.

    b.  STATEMENTS OF PLAINTIFF:

Other than those contained in the produced reports, none presently within possession, custody control of defendant.

    c.  GOVERNMENT REPORTS:

See documents referenced above attached.

> RESPECTFULLY SUBMITTED,
> Defendant Amtrak,
> By its Attorney,
>
> _/s/ Edward P. Harrington_
> Edward P. Harrington
> Assistant General Counsel
> MBTA Law Department
> Ten Park Plaza
> Boston, MA 02116
> (617) 222-3192

Dated: September 30, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I have forwarded copies of the foregoing, this day to:

Paul J. Riley, Esquire
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

_/s/ Edward P. Harrington_
Edward P. Harrington
Assistant General Counsel