UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. MORANI, )
    Plaintiff )
 )
v. )
 )   C.A. No. 043-11729-DPW
NATIONAL RAILROAD )
PASSENGER CORPORATION, )
    Defendant )

### CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)

I, Edward P. Harrington, Assistant General Counsel, hereby depose and state as follows:

1. I am an attorney employed by the Massachusetts Bay Transportation Authority Legal Department ("MBTA"), and I represent Amtrak, in this lawsuit;

2. In anticipation of the scheduling conference, I have conferred with Jonathan P. Feltner, Esquire, Chief Trial Counsel, for the MBTA, who has ultimate control of this litigation concerning the defendant, with a regard to establishing a budget for the cost of conducting the full course of the litigation as well as the courses of resolution such as Alternative Dispute Resolution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____ DAY OF SEPTEMBER, 2004.

NATIONAL RAILROAD
PASSENGER CORPORATION,

By its attorney,

*Edward P. Harrington*
Edward P. Harrington
Assistant General Counsel
Ten Park Plaza
Boston, MA 02116
(617) 722-3192
BBO #559482

*Jonathan P. Feltner*
Jonathan P. Feltner
First Assistant General Counsel-Trials
MBTA Law Department
Ten Park Plaza
Boston, MA. 02116
(617) 222-3175
BBO #162560

Dated: September 29, 2004

CERTIFICATE OF SERVICE

I hereby certify that on the above date, I served a copy of the foregoing, postage prepaid to all counsel of record:

Paul J. Riley, Esquire
Barish Law Offices, P.C.
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

*Edward P. Harrington*
Edward P. Harrington
Assistant General Counsel