UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT J. MORANI )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant ) | CIVIL ACTION<br><br>CASE NO. 04 11729DPW |

**PLAINTIFF ROBERT MORANI'S INITIAL DISCLOSURE
PURSUANT TO LOCAL RULE 26.1 (B)**

I. RULE 26.1(B)2 DISCLOSURE BY SWORN STATEMENT

The plaintiff swears and affirms that he has properly identified the following persons and documents.

RULE 26.1 (B) AUTOMATIC DOCUMENT DISCLOSURE

1. (a) <u>Itemization Economic Loss</u>:

    Plaintiff's salary at the time he was disabled was approximately $70,000.00 per year. Had plaintiff worked until age 70, his estimated economic loss would be approximately $980,000.00. Plaintiff reserves the right to supplement this response.

   (b) <u>All persons presently known to be witnesses</u>:

    Bob Moccia, Earl Correa and Charlie Page were co-workers of plaintiff who upon information and belief observed the working conditions including bad switches and uneven ballast.

    Dr. Jan Dohlman, Dr. Samuel Ellias, and Dr. Clay Miller - plaintiff's treating physicians

    Plaintiff reserves the right to supplement this answer as discovery proceeds.

(c) <u>Statements of defendant officers/agents</u>:

Plaintiff has not obtained any statements from any officer, directors or employees of defendant.

(d) <u>Investigative Governmental Agency</u>:

Defendant Amtrak.

Respectfully submitted,
Plaintiff Robert Morani
by his Attorneys

_____
Paul J. Riley
BARISH LAW OFFICES, P.C.
1601 Cherry Street, Suite 1320
Philadelphia, PA 19102
(215) 923-8900


DAVIDS & SCHLESINGER, P.C.


_____
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA  02481
(781) 416-5055
BBO No.: 115110

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff Robert Morani's Initial Disclosure Pursuant to Local Rule 26.1 (B) was served by first-class mail, postage prepaid, upon:

> Edward P. Harrington, Esquire
> Assistant General Counsel
> MBTA Law Department
> Transportation Building
> 10 Park Plaza
> Boston, MA 02116

on this 4th day of November, 2004.

BARISH LAW OFFICES, P.C.

By: _____
PAUL J. RILEY, ESQUIRE


DAVIDS & SCHLESINGER, P.C.

By: _____
RONALD M. DAVIDS, ESQUIRE